UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EARL C. PINCKNEY,

    Movant,

v.                         400CV314
                           499CR062

UNITED STATES OF AMERICA

    Respondent.

This 15 day of August, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Defendant Earl C. Pinckney's motion for leave to appeal *in forma pauperis*, 407CV052 doc. # 9, is **DENIED** for the reasons set forth in this Court's 7/16/07 Order, doc. # 8. There, incidentally, the Court concluded that file # 407CV052, should never have been opened. That is why the Court directed the Clerk "to file *all* future Pinckney filings that seek any sort of habeas-related relief in the 499CR062 and 400CV314 files...." 407CV052 doc. # 8.

The Clerk has now erroneously filed Pinckney's IFP motion (denied here) in 407CV052. As explained in the 7/15/07 Order, it was only because Pinckney erroneously invoked 28 U.S.C. § 2241 that the Clerk erroneously opened file # 407CV052. In reality, however, that (§ 2241) filing should have simply been filed in the 499CR062 and 400CV314 files, and no new file should have been created.

Therefore, the Clerk is directed to **CLOSE** 407CV052. *All* future Pinckney filings shall be filed in the 499CR062 and 400CV314 Pinckney files. The Court will examine any additional filings and direct the creation of any new files, if then warranted.